UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| Case No. | CV 13-8992-GW (JEM) | Date | March 28, 2014 |
|---|---|---|---|
| Title | ROBYNA CHOLETON v. EDMUND G. BROWN, JR. et al | | |

Present: The Honorable  **JOHN E. MCDERMOTT, UNITED STATES MAGISTRATE JUDGE**

| S. Anthony | |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| None | None |

**Proceedings:**   (IN CHAMBERS) ORDER TO SHOW CAUSE RE DEFENDANT MID VALLEY TOW, INC.

Plaintiff is ordered to show cause in writing **no later than April 7, 2014**, why this action should not be dismissed for lack of prosecution as to defendant Mid Valley Tow, Inc.

The Court will consider the filing of an Answer by defendant Mid Valley Tow, Inc. or plaintiff's request for entry of default, as an appropriate response to this OSC, on or before the above date.

In accordance with Rule 78 of the Federal Rules of Civil Procedure and Local Rule 7-15, no oral argument of this matter will be heard unless ordered by the Court.  The Order will stand submitted upon the filing of the response to the Order to Show Cause.  Failure to respond to the Court's Order may result in the dismissal of the action as to defendant Mid Valley Tow, Inc.

|  | : |
|---|---|
| Initials of Preparer | sa |