# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIC-ROBIN CHOLERTON,<br><br>　　　　　Plaintiff,<br><br>　　　v.<br><br>EDMUND G. BROWN, et al.,<br><br>　　　　　Defendants. | Case No. CV 13-8992-GW (JEM)<br><br>**JUDGMENT** |

　　　In accordance with the Order Accepting Findings and Recommendations of United States Magistrate Judge filed concurrently herewith.

　　　IT IS HEREBY ADJUDGED that this action is dismissed with prejudice as to Plaintiff's claims under federal law and without prejudice as to Plaintiff's state law claims.

DATED: August 1, 2014

　　　　　　　　　　　　　　　　　　　　　　　　　GEORGE H. WU
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE